United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11  RICHARD HOMEM and WENDY HOMEM,        No. C-05-0792 MMC

12              Plaintiffs,              **ORDER REGARDING REASSIGNMENT**

13     v.

14  INTEC CORPORATION,

15              Defendant
                                        /
16

17        The Court has identified this action as one that appears suitable for reassignment to

18  Magistrate Judge Nandor J. Vadas, whose courtroom is located in Eureka, California, for all

19  future proceedings.  Such reassignment has the potential to result in greater convenience

20  to the parties and more expeditious disposition of the matter on the merits.

21        The parties are directed to confer regarding reassignment and to file, on or before

22  July 29, 2005, a letter stating whether or not the parties consent to reassignment of this

23  matter to Magistrate Judge Vadas.  If the parties so consent, the matter will be transferred.

24  The parties will thereafter file written consent to the jurisdiction of a magistrate judge in the

25  form requested by Magistrate Judge Vadas.

26        **IT IS SO ORDERED.**

27  Dated:  July 12, 2005              /s/ Maxine M. Chesney
                                       MAXINE M. CHESNEY
28                                     United States District Judge