United States District Court<br>For the Northern District of California

1
2
3
4
5
6
7
8    IN THE UNITED STATES DISTRICT COURT
9    FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   RICHARD HOMEM and WENDY HOMEM,            No. C 05-0792 MMC
12        Plaintiffs
13   v.                                         **ORDER DIRECTING COUNSEL FOR PLAINTIFFS TO COMPLY WITH GENERAL ORDER 45 RE: ELECTRONIC FILING OF DOCUMENTS**
14   INTEC CORPORATION and JIM CHAMBLEE,
15
16        Defendants
                                          /
17

18        The above-titled action is subject to Electronic Case Filing ("ECF"), pursuant to
19   General Order 45.  In such cases, section VI of General Order 45 requires that all
20   documents, subject to certain exceptions, be filed electronically.
21        The docket reflects that on July 18, 2005, counsel for plaintiffs manually filed with
22   the Clerk of the Court a First Amended Complaint.
23        Accordingly, IT IS HEREBY ORDERED that, on or before July 29, 2005, counsel for
24   plaintiffs comply with General Order 45, specifically, by e-mailing the above-referenced
25   document to the Clerk of the Court in Portable Document Format ("PDF") to ecf-
26   cand@cand.uscourts.gov in order that said document may be electronically attached by the
27
28

Clerk of the Court to the corresponding docket entry,[1] or, alternatively, by electronically filing a Notice of Manual Filing, pursuant to General Order 45, section VII.A., setting forth the reason why the document(s) cannot be filed electronically.  Failure to comply may result in the imposition of sanctions.

**IT IS SO ORDERED.**

Dated: July 22, 2005                                                /s/ Maxine M. Chesney
                                                                                MAXINE M. CHESNEY
                                                                                United States District Judge

---

[1] This procedure relates to the particular misfiled document in question.  All future filings shall be electronically filed in accordance with the procedures specified in General Order 45.

2