IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HOMEM and WENDY HOMEM,<br><br>    Plaintiffs,<br>  v.<br><br>INTEC CORPORATION and JIM CHAMBLEE,<br><br>    Defendants / | No. C 05-0792 MMC<br><br>**ORDER DENYING STIPULATED REQUEST FOR ENLARGEMENT OF TIME AND MODIFICATION OF PRETRIAL PREPARATION ORDER** |

    Before the Court is the parties' stipulation, filed October 17, 2005, by which the parties seek to continue the trial date for two months, and to continue all pretrial deadlines accordingly.

    Having reviewed the parties' stipulation, the Court finds the parties have failed to set forth good cause to continue the trial date. Further, the Court is unable to accommodate the parties on the date they have requested.

    Accordingly, the parties' stipulated request to continue is hereby DENIED, without prejudice to the parties' seeking an extension of the discovery cut-off dates.

    **IT IS SO ORDERED.**

Dated: October 18, 2005

                                             MAXINE M. CHESNEY
                                             United States District Judge