Edward J. Nevin , ( SBN# 041226)
Kenneth C. Absalom, (SBN #114607)
LAW OFFICES OF NEVIN & ABSALOM
22 Battery Street, Ste.333
San Francisco, CA 94111
Phone:    415-392-5040
FAX       415-392-3729

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HOMEM AND WENDY LYNN HOMEM,<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>INTEC CORPORATION, JIM CHAMBLEE, and DOES 1-50, inclusive,<br><br>　　　　　　　Defendants. | Case No. C-05 0792 MMC<br><br>**STIPULATION FOR ENLARGEMENT OF TIME FOR COMPLETION OF DISCOVERY AND MODIFICATION OF PRETRIAL PREPARATION ORDER**; ORDER GRANTING STIPULATION IN PART |

**TO THE HONORABLE COURT:**

The parties to the above-captioned action, pursuant to Local Rule 6-2(a) hereby request the Court to continue the dates set forth in the Court's Pre-trial Preparation Order filed on June 27, 2005, pursuant to the parties' stipulation, as set forth below.

**STIPULATION AND DECLARATION IN SUPPORT THEREOF
TO ENLARGE THE TIME FOR COMPLETION OF DISCOVERY
AND TO MODIFY THE PRETRIAL ORDER**

_____The parties to the above-captioned action, by and through their undersigned counsel of record, hereby stipulate and agree to continue the dates set forth in the Court's Pre-trial Preparation

1  Order, filed on June 27, 2005, as set forth below:

| Event | Current Date | Continued Date |
|---|---|---|
| Jury Trial Date | April 10, 2006 | No Change |
| Non - Expert Cutoff | October 28, 2005 | December 30, 2005 |
| Designation of Experts | November 18, 2005 | December16, 2005 |
| Rebuttal Designation of Experts | December 9, 2005 | December30 , 2005 |
| Expert Discovery Cutoff | December 30, 2005 | January27, 2006 |
| Dispositive Motions | January 13, 2006 | February10, 2006 |
| Pre-trial Conference Date | March 28, 2006 | No Change |
| Meet and Confer | February 21, 2006 | No Change |
| Further Status Conference | January 27, 2006 | No Change |
| Further Status Conference Statement | January 20, 2006 | No Change |

In support of the foregoing Stipulation, the parties through their undersigned counsel , declare as follows:

1.  Plaintiff originally filed this action on February 23, 2005. On June 3, 2005 Defendant filed a motion to dismiss.  On June 20, 2005 an Initial Case Management Conference was held before the Court and a Pretrial Preparation Order was adopted, setting the trial schedule summarized above, which was filed on June 27, 2005.  On July 30, 2005 Plaintiff filed a Notice of Substitution of Counsel, by which the Law Offices of Nevin & Absalom were substituted as counsel of record for Plaintiff.  On August 26, 2005 Defendants filed their Answer to the First Amended Complaint.  This is the second  request that the parties have made to alter or extend  the Scheduling Order in this matter.

2. The parties completed the exchange of initial disclosures and additional written discovery on September 26, 2005.  In addition, the parties have scheduled the first round of depositions which will commence on October 27, 2005.  Additional depositions are being scheduled

--------------------------------------------------------------------------------
STIPULATION FOR ENLARGEMENT OF TIME TO COMPLETE DISCOVERY
CASE NO. C-05-0792 MMC

- 2 -

1  for December 12 and 13, 2005 to be taken in North Carolina. Several depositions of other percipient
2  witnesses remain to be completed. The parties are scheduled to participate in Mediation on
3  November 16, 2005. Since current counsel for plaintiffs entered the case in July 2005, before any
4  discovery had been undertaken in the case, the parties have been working cooperatively to prepare
5  the case for mediation and to schedule the necessary discovery. However, counsel agree that the
6  necessary discovery can not be completed within the current time schedule.

7      3. On October 17, 2005 the parties filed a Stipulation to Enlarge Time pursuant to which
8  they sought an order continuing the trial date and all other pretrial events. By Order issued on
9  October 18th the Court denied that request but "without prejudice to the parties'" seeking an
10  extension of the discovery cut-off dates. Although Plaintiffs' lead trial counsel still has a conflict
11  with the current trial schedule, as pointed out in the earlier Stipulation, his partner will appear at trial
12  if that conflict is not resolved. Nonetheless, all counsel agree that it remains desirable and necessary
13  to extend the time for the completion of discovery, including out of State depositions. In order to
14  complete all remaining pre-trial matters within the current trial setting schedule, counsel seek the
15  Court's approval to extend the discovery cut off dates and the date for hearing dispositive motions,
16  in accordance with the schedule proposed above.

17    For the foregoing reasons, the parties hereto, by and through their undersigned counsel,
18  declare, under penalty of perjury, that the foregoing statements are true and correct, and request the
19  Court to continue the trial date and other schedules as set forth above.

20                    Respectfully submitted,
21                    LAW OFFICES OF NEVIN & ABSALOM
22
23  Dated:   October 25, 2005         By:      /S/
                                                    KENNETH C. ABSALOM
24                                                      Attorney for Plaintiffs
25
26
27
28
--------------------------------------------------------------------------------

STIPULATION FOR ENLARGEMENT OF TIME TO COMPLETE DISCOVERY
CASE NO. C-05-0792 MMC

- 3 -

|   |   |
|---|---|
|   | LAW OFFICES OF DENNIS A. BABBITS |

Dated:    October 25, 2005        By:_____/S/_____
                                                    NANCY SULLIVAN WALTER
                                                    Attorneys for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED,** except that the expert discovery cutoff is extended to January 13, 2006 and the dispositive motion filing deadline is extended to January 27, 2006.

Dated: October __25__, 2005    _____
                                                    UNITED STATES DISTRICT JUDGE

---

STIPULATION FOR ENLARGEMENT OF TIME TO COMPLETE DISCOVERY
CASE NO. C-05-0792 MMC

- 4 -