IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HOMEM, et al., | No. C-05-0792 MMC |
| Plaintiffs, | **ORDER NOTIFYING COUNSEL OF FAILURE TO REGISTER AS ECF USER** |
| v. | |
| INTEC CORPORATION, et al., | |
| Defendants / | |

A review of the file indicates that the following attorney,

> David A. Clinton
> Clinton & Clinton
> 100 Oceangate, 14th Floor
> Long Beach CA  90802

has failed to register for electronic service in this e-filing case. In an e-filing case the Clerk does not serve counsel by mail with orders e-filed by the Court. See General Order 45(IX)(D).  If counsel wishes to be served with documents filed by the Court, counsel must register pursuant to Civil Local Rule 5-4 and General Order 45.  Forms and instructions concerning registration can be found on the district court's web site, ecf.cand.uscourts.gov.

**IT IS SO ORDERED.**

Dated: February 2, 2006

MAXINE M. CHESNEY
United States District Judge