1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| RICHARD HOMEM AND WENDY LYNN HOMEM,<br><br>        Plaintiffs,<br>    v.<br><br>INTEC CORPORATION, JIM CHAMBLEE, and DOES 1-50, inclusive<br><br>        Defendants. | CASE No. C050792<br>*Assigned for all purposes to the Hon. Maxine M. Chesney, Courtroom 7*<br><br>[PROPOSED] ORDER REGARDING DEFENDANTS' EX PARTE APPLICATION TO SHORTEN TIME ON HEARING OF MOTION TO CONTINUE TRIAL, FINAL PRETRIAL CONFERENCE AND CORRESPONDING IMPOSED CUT-OFFS FOR A PERIOD NOT TO EXCEED NINETY (90) DAYS<br><br>Date:      March 3, 2006<br>Time:      9:00 a.m.<br>Court:     "7"<br><br>**Date Filed:**   2/23/05<br>**Trial Date:**   4/10/06 |

   UPON APPLICATION BY DEFENDANTS AND GOOD CAUSE HAVING BEEN SHOWN THEREFOR:

   IT IS ORDERED as follows:

   1.   That time for hearing of DEFENDANTS, INTEC PACIFIC (erroneously sued as INTEC CORPORATION) and JIM CHAMBLEE'S Motion to

1 | Continue Trial, Pretrial Conference, and all Corresponding Imposed
2 | Cut-offs for a Period not to Exceed Ninety (90) Days matter,
3 | currently set for April 14, 2006 at 9:00 a.m. be shortened to March
4 | 3, 2006 at 9:00 a.m. in Courtroom 7 of the above-referenced Court;
5 | plaintiff shall file his opposition or other response no later than 4:00 p.m. on March 2, 2006.
6 | ~~OR, IN THE ALTERNATIVE:~~
7 | ~~2. That time for hearing of DEFENDANTS, INTEC PACIFIC~~
8 | ~~(erroneously sued as INTEC CORPORATION) and JIM CHAMBLEE'S Motion to~~
9 | ~~Continue Trial, Pretrial Conference, and all Corresponding Imposed~~
10 | ~~Cut-offs for a Period not to Exceed Ninety (90) Days matter,~~
11 | ~~currently set for April 14, 2006 at 9:00 a.m. be shortened to~~
12 | ~~_____ at 9:00 a.m. in Courtroom 7 of the~~
13 | ~~above-referenced Court;~~
14 |
15 | ~~OR, IN THE ALTERNATIVE:~~

...

**IT IS SO ORDERED:**

DATED: February 28, 2006

*[signature]*

~~JUDGE OF THE SUPERIOR COURT~~
UNITED STATES DISTRICT JUDGE