1  EDWARD J. NEVIN, Esq., SBN# 041226
   KENNETH C. ABSALOM, SBN #114607
2  LAW OFFICES of NEVIN & ABSALOM
   22 Battery Street, Ste.333
3  San Francisco, CA 94111
   Phone:   415-392-5040
4  FAX      415-392-3729

5  Attorneys for Plaintiffs

                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA

RICHARD HOMEM AND WENDY LYNN   )
HOMEM,                         )   Case No. C-05 0792 MMC
                               )
           Plaintiffs,          )
                               )
      v.                        )   ~~PLAINTIFFS' PROPOSED~~ ORDER
                               )   REGARDING HEARING ON
                               )   MOTION TO CONTINUE TRIAL
INTEC CORPORATION, JIM CHAMBLEE, and )
DOES 1-50, inclusive,          )
                               )
           Defendants.          )
                               )

       UPON APPLICATION BY PLAINTIFFS AND GOOD CAUSE APPEARING THEREFORE:

       **IT IS ORDERED**:

       That the time for hearing DEFENDANTS, INTEC PACIFIC ( erroneously sued as INTEC CORPORATION) and JIM CHAMBLEE'S Motion to Continue Trial, Pretrial Conference, and all Corresponding Imposed Cut-Offs for a Period not to Exceed Ninety (90) Days, currently set for March 3, 2006 at 9:00 a.m. shall be, and hereby is, modified and rescheduled to March 3, 2006 at

---

PLAINTIFFS' PROPOSED ORDER REGARDING HEARING ON MOTION TO CONTINUE TRIAL-
Case No. C-05 0792 MMC

1   2:00 p.m. in Courtroom 7 of the above-referenced Court.   Plaintiffs shall file their Opposition or
2   other response no later than 4:00 p.m. on March 2, 2006.

**IT IS SO ORDERED:**

Dated: March 1, 2006

_____
UNITED STATES DISTRICT JUDGE

---

PLAINTIFFS' PROPOSED ORDER REGARDING HEARING ON MOTION TO CONTINUE TRIAL-
Case No. C-05 0792 MMC

- 2 -