1  David A. Clinton, Esq. (Bar No. 150107)
   Adrienne M. Stover, Esq. (Bar No. 221816)
2  **CLINTON & CLINTON**
   100 Oceangate, 14th Floor
3  Long Beach, California  90802
   Ph.: (562) 216-5000
4  Fax: (562) 216-5001

5  Attorneys for Defendants,
   **INTEC PACIFIC (erroneously sued as INTEC CORPORATION) and JIM**
6  **CHAMBLEE**

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| **RICHARD HOMEM AND WENDY LYNN HOMEM,** | CASE No. C050792 MMC (EMC) |
| | *Assigned for all purposes to the Hon. Maxine M. Chesney, Courtroom 7* |
| Plaintiff(s), | |
| v. | **STIPULATION TO ADVANCE THE MARCH 27, 2006 SETTLEMENT CONFERENCE TO MARCH 24, 2006; ORDER** |
| **INTEC CORPORATION, JIM CHAMBLEE, and DOES 1-50, inclusive** | |
| Defendants. | Date Filed:   2/23/05 |
| | Trial Date:   4/10/06 |

   TO THE COURT, ALL PARTIES, AND TO THEIR COUNSEL OF RECORD
HEREIN:

   IT IS HEREBY STIPULATED by and between Defendants, **INTEC PACIFIC and JIM CHAMBLEE,** by and though their counsel of record and Plaintiffs, **RICHARD HOMEM AND WENDY LYNN HOMEM,** by and through their counsel of record that:

   Due to the unavailability on March 27, 2006 of the representative from **INTEC PACIFIC** with full authority to settle this matter, the Settlement Conference currently scheduled with Magistrate Judge Edward Chen be advanced from Monday, March 27, 2006 at 10:00 a.m. to Friday, March 24, 2006 at 10:00 a.m.

```
       The parties further agree that this Stipulation to Advance the
March 27, 2006 Settlement Conference may be signed in counterparts
and that, for purposes of this Stipulation only, signatures via
facsimile are acceptable.


DATED: _____            NEVIN & ABSALOM


                                 By: _____
                                      EDWARD JOSEPH NEVIN, JR., ESQ.
                                      KENNETH C. ABSALOM, ESQ.
                                      Attorneys for Plaintiffs,
                                      RICHARD HOMEN and WENDY HOMEN


DATED: March 7, 2006                  CLINTON & CLINTON


                                 By: _____
                                      DAVID A. CLINTON, ESQ.
                                      ADRIENNE M. STOVER, ESQ.
                                      Attorneys for Defendant,
                                      INTEC PACIFIC (erroneously sued as
                                      INTEC CORPORATION) and JIM CHAMBLEE
```

ORDER

The Settlement Conference scheduled for March 27, 2006 at 10:00 a.m. has been changed to March 24, 2006 at 9:30 a.m. before Magistrate Judge Edward M. Chen.

Settlement Conference statements shall be lodged with Judge Chen's chambers by hard copy only by March 13, 2006.

All other provisions of and dates set forth in this Court's original Notice of Settlement Conference and Settlement Conference Order shall remain in effect.

Dated: March 9, 2006

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

The parties further agree that this Stipulation to Advance the March 27, 2006 Settlement Conference may be signed in counterparts and that, for purposes of this Stipulation only, signatures via facsimile are acceptable.

DATED: March 7, 2006        NEVIN & ABSALOM

                            By: _Kenneth C Absalom_
                            EDWARD JOSEPH NEVIN, JR., ESQ.
                            KENNETH C. ABSALOM, ESQ.
                            Attorneys for Plaintiffs,
                            **RICHARD HOMEN and WENDY HOMEN**

DATED: March 7, 2006        CLINTON & CLINTON

                            By: _____
                            DAVID A. CLINTON, ESQ.
                            ADRIENNE M. STOVER, ESQ.
                            Attorneys for Defendant,
                            **INTEC PACIFIC (erroneously sued as INTEC CORPORATION) and JIM CHAMBLEE**

PROOF OF SERVICE BY MAIL
(California Code of Civil Procedure § 1013A(3))

I am employed in the State of California. I am over the age of 18 years and not a party to the within action; my business address is 100 Oceangate, 14th Floor, Long Beach, California 90802.

On March 7, 2006, I served the foregoing document described as: **STIPULATION TO ADVANCE THE MARCH 27, 2006 SETTLEMENT CONFERENCE TO MARCH 24, 2006** on parties therein in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Long Beach, California, addressed as follows:

I sealed and placed such envelope for collection and mailing to be deposited in the mail on the same day in the ordinary course of business at Long Beach, California. The envelope was mailed with postage thereon fully prepaid.

I am readily familiar with this firm's practice of collecting and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for the mailing in affidavit.

__X__ **(By Mail)** I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Long Beach, California.

_____ **(By Fax)** I caused such documents to be faxed at Long Beach, California from Fax number (562) 216-5001. The facsimile machine I used compiled with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2005(I), I caused the machine to print a record of the transmission, a copy of which is attached to this declaration.

_____ **(By Personal Service)** I caused such envelope to be delivered by hand to the addressee(s).

_____ **(State)** I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____ **(Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made.

Executed on March 7, 2006 at Long Beach, California.

*[signature]*
CATHERINE CRUZ

## SERVICE LIST

| | |
|---|---|
| Edward Joseph Nevin, Jr., Esq.<br>Kenneth C. Absalom, Esq.<br>**NEVIN & ABSALOM**<br>22 Battery Street<br>Suite 300<br>San Francisco, California 94111<br>Phone: (415) 392-5040<br>Fax: (415) 392-3729<br><br>*Attorney for Plaintiffs, Richard Homem and Wendy Lynn Homem* | Daniel Edward Phillips, Esq.<br>**STATE COMPENSATION INSURANCE FUND**<br>1275 Market Street<br>Room 339<br>P.O. BOX 420807<br>San Francisco, California<br>Phone: (415) 703-7472<br>Fax: (415) 703-7024<br><br>*Attorney for Claimant, State Compensation Insurance Fund* |