UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HOMEM, *et al.*, | No. C-05-0792 MMC (EMC) |
| Plaintiffs | |
| v. | **ORDER REQUIRING APPEARANCE OF INSURANCE CARRIERS AT SETTLEMENT CONFERENCE** |
| INTEC CORPORATION, *et al.*, | |
| Defendants. | |

Pursuant to this Court's March 6, 2006 Notice of Settlement Conference and Settlement Conference Order, the Court was informed by letter dated March 6, 2006 from David A. Clinton, counsel for Defendants Intec Corporation and Jim Chamblee, that Defendants' insurance carriers The Hartford and ACE New Zealand would not be appearing and were declining to attend the Settlement Conference scheduled in this case.

The Court **DENIES** the request to excuse personal attendance of insurance carrier The Hartford and insurance carrier ACE New Zealand. The Court **ORDERS** that insurance carriers The Hartford and ACE New Zealand appear at the Settlement Conference in person scheduled on March 24, 2006, at 9:30 a.m. Pacific Time. The representative from each insurance carrier shall have full knowledge of the claim and/or case and full authority to negotiate a settlement. A person who needs to call another person not present before agreeing to any settlement does not have full authority. Full authority means authority to accept the last demand or counter-offer by the other party.

Further, insurance carriers The Hartford and ACE New Zealand shall submit via hard copy to Judge Chen's chambers their Settlement Conference statements by 4:00 p.m., March 15, 2006. Submission by facsimile will not be permitted.

All other provisions of this Court's original Notice of Settlement Conference and Settlement Conference Order shall remain in effect. The parties shall notify chambers immediately at (415) 522-4050 if this case settles prior to the date set for Settlement Conference. Counsel shall provide a copy of this order to each party who will participate in the conference.

Defense counsel David A. Clinton is instructed to provide a copy of this order via facsimile and U.S. Mail to insurance carriers The Hartford and ACE New Zealand.

IT IS SO ORDERED.

Dated: March 10, 2006

EDWARD M. CHEN
United States Magistrate Judge