IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HOMEM and WENDY HOMEM, | No. C 05-0792 MMC |
| Plaintiffs, | **ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION; DENYING IN PART DEFENDANTS' MOTION FOR RECONSIDERATION; SETTING BRIEFING SCHEDULE AND HEARING ON SHORTENED TIME ON REMAINDER OF DEFENDANTS' MOTION FOR RECONSIDERATION** |
| v. | |
| INTEC CORPORATION and JIM CHAMBLEE, | |
| Defendants / | |

Before the Court is defendants' motion, pursuant to Civil Local Rule 7-9, to file a motion for reconsideration of the Court's order denying defendants' motion to continue the trial date and pretrial dates. Also before the Court is defendants' application to have the motion for reconsideration, if filed, heard on shortened time. Having reviewed the motion and application, the Court rules as follows.[1]

---

[1] Defendants did not provide the Court with a chambers copy of their motion or application. The Court, nonetheless, has considered the filings. For future reference, defendants are reminded of the following provision in the Court's Standing Orders: "In all cases that have been assigned to the Electronic Case Filing Program, the parties are required to provide for use in chambers one paper copy of each document that is filed electronically. The paper copy of each such document shall be delivered no later than noon on the day after the document is filed electronically. The paper copy shall be marked 'Chambers Copy' and shall be delivered to the Clerk's Office in an envelope clearly marked with the judge's name, case number, and 'E-Filing Chambers Copy.'" Defendants are hereby advised that if they fail in the future to comply with the Court's Standing Order to provide chambers copies of electronically-filed documents, the Court may impose sanctions, including, but not limited to, striking from the record any electronically-filed document of which a chambers copy has not been timely provided to the Court.

1    Because defendants seek reconsideration based on the emergence of new facts,
2 the Court hereby GRANTS defendants' motion for leave to file a motion for reconsideration,
3 see Civil L.R. 7-9(b)(2), and the motion for reconsideration attached as an exhibit to the
4 motion for leave to file the motion is hereby deemed filed as of the date of this order.
5    With the respect to defendants' request therein to continue the Pretrial Conference
6 and related dates, defendants have made no showing as to good cause, and, accordingly,
7 the motion to continue, to the extent it seeks to continue said dates, is hereby DENIED.
8    With respect to defendants' request therein to continue the trial date, although
9 defendants have made some showing as to the availability of trial counsel and one witness,
10 defendants have failed to explain the significance of such witness to the proceedings.
11    Accordingly, defendants will be afforded the opportunity to file, no later than March
12 14, 2006, a supplemental declaration clarifying the need for such witness's presence at the
13 trial.  Any opposition to defendants' request to continue the trial date shall be filed no later
14 than March 17, 2006, by 3:00 p.m.  The hearing on the request to continue the trial date will
15 be conducted on March 20, 2006, at 10:00 a.m.
16    **IT IS SO ORDERED.**
17
18 Dated: March 10, 2006
19                                                                       MAXINE M. CHESNEY
                                                                         United States District Judge

2