1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HOMEM AND WENDY LYNN HOMEM,<br><br>　　　　　Plaintiff(s),<br>　　v.<br><br>INTEC CORPORATION, JIM CHAMBLEE, and DOES 1-50, inclusive<br><br>　　　　　Defendants. | CASE No. 05-cv-00792-MMC<br>*Assigned for all purposes to the Hon. Maxine M. Chesney, Courtroom 7*<br><br>[~~PROPOSED~~] ORDER REGARDING DEFENDANTS' REQUEST TO EXCUSE LEAD TRIAL COUNSEL FROM APPEARING AT THE PRE-TRIAL CONFERENCE DUE TO EXTENUATING CIRCUMSTANCES<br><br>Date:　　　March 28, 2006<br>Time:　　　3:00 p.m.<br>Court:　　　"7"<br><br>Date Filed:　2/23/05<br>Trial Date:　5/8/06 |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that Defendants, INTEC PACIFIC (erroneously sued herein as INTEC CORPORATION) and JIM CHAMBLEE'S (hereinafter, collectively referred to as "Defendants") request to excuse lead trial counsel, David A. Clinton from personally appearing at the Pre-Trial Conference scheduled for March 28, 2006 at 3:00 p.m. in Courtroom 7 of this Court is GRANTED. Accordingly, Mr. Clinton is excused from personally appearing at said conference.

1  **IT IS FURTHER ORDERED** that Adrienne M. Stover, co-trial counsel
2  for Defendants, is permitted to appear in Mr. Clinton's absence on
3  behalf of Defendants at said Pre-Trial Conference.

5  DATED: March 23, 2006          By: *[signature]*
6                                     UNITED STATES DISTRICT JUDGE