UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HOMEM, *et al.*, | No. C-05-0792 MMC (EMC) |
| Plaintiffs | |
| v. | **ORDER REMOVING DOCKET NO. 58 FROM ELECTRONIC FILING** |
| INTEC CORPORATION, *et al.*, | |
| Defendants. _____/ | |

This Court orders the removal of Docket No. 58, Defendants' Settlement Conference Statement, which was inadvertently filed electronically by Defendants on March 15, 2006.

IT IS SO ORDERED.

Dated: March 23, 2006

_____
EDWARD M. CHEN
United States Magistrate Judge