IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HOMEM and WENDY HOMEM, | No. C 05-0792 MMC |
| Plaintiffs, | **ORDER REFERRING SPECIALLY APPEARING PARTY ACE INSURANCE LTD'S MOTION TO QUASH TO MAGISTRATE JUDGE** |
| v. | |
| INTEC CORPORATION and JIM CHAMBLEE, | |
| Defendants / | |

    Pursuant to Civil Local Rule 72-1, it is HEREBY ORDERED that specially appearing party ACE Insurance Ltd's Motion to Quash Order Requiring Appearance of Insurance Carriers at Settlement Conference, filed March 23, 2006, is referred to Magistrate Judge Edward M. Chen, to be heard and considered at the convenience of his calendar.

    Counsel will be advised of the date, time and place of the next appearance by notice from Magistrate Judge Chen's chambers.

    The hearing scheduled for April 28, 2006 before the undersigned is hereby VACATED.

    **IT IS SO ORDERED.**

Dated: March 24, 2006

MAXINE M. CHESNEY
United States District Judge