UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HOMEM, *et al.*, | No. C-05-0792 MMC (EMC) |
| Plaintiffs | |
| v. | **ORDER REMOVING DOCKET NO. 102 FROM ELECTRONIC FILING** |
| INTEC CORPORATION, *et al.*, | |
| Defendants. | |
_____/

This Court orders the removal of Docket No. 102, "Plaintiffs' Status Report for Further Settlement Conference," which was inadvertently filed electronically by Plaintiffs on April 14, 2006.

IT IS SO ORDERED.

Dated: April 14, 2006

_____
EDWARD M. CHEN
United States Magistrate Judge