IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HOMEM and WENDY HOMEM,<br><br>  Plaintiffs,<br>   v.<br><br>INTEC CORPORATION and JIM CHAMBLEE,<br><br>  Defendants / | No. C 05-0792 MMC<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S APPLICATION FOR CONTINUANCE** |

   Before the Court is defendant Intec USA, LLC's Application for Order Continuing Hearing Dates on Plaintiffs' Motion for Judgment and the Status Conference, filed June 14, 2006. Plaintiffs Richard Homem and Wendy Homem have filed opposition, to which defendant has replied. Having considered the papers filed in support of and in opposition to the application, the Court rules as follows:

   1. Because the Court, by separate order filed concurrently herewith, has vacated the July 7, 2006 hearing on plaintiffs' Motion for Judgment, defendant's application to continue said hearing is hereby DENIED as moot.

   2. Because defendants' motion to dismiss certain claims in the operative pleading is scheduled to be heard July 21, 2006, two weeks after the status conference as currently scheduled, defendants' application to continue the status conference is hereby GRANTED,

and the status conference is CONTINUED from July 7, 2006 to August 4, 2006.  A joint status conference statement shall be filed no later than July 28, 2006.

**IT IS SO ORDERED.**

Dated: June 23, 2006

_____
MAXINE M. CHESNEY
United States District Judge

2