UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HOMEM, *et al.*, | No. C-05-0792 MMC (EMC) |
| Plaintiffs | |
| v. | **NOTICE AND ORDER SETTING FURTHER SETTLEMENT CONFERENCE** |
| INTEC CORPORATION, *et al.*, | |
| Defendants. | |
| _____/ | |

You are hereby notified that a further settlement conference is scheduled for **October 31, 2006, at 9:30 a.m.**, Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

Lead counsel who will try the case shall appear at the Settlement Conference with the parties and with the person or persons having full authority to negotiate and to settle the case.

♦  **Further Settlement Conference statements shall be lodged with the Court by October 24, 2006.  If this case is designated as an electronic filing ("e-filing") case, statements must be lodged by hard copy only and should not be electronically filed.**

All other provisions of this Court's original Notice of Settlement Conference and Settlement Conference Order shall remain in effect.

Defense counsel David A. Clinton is instructed to provide a copy of this order via facsimile and U.S. Mail to insurance carriers The Hartford and ACE New Zealand.

The parties shall notify Magistrate Judge Chen's secretary, Leni Doyle, **immediately** at (415) 522-4050 if this case settles prior to the date set for further settlement conference.

IT IS SO ORDERED.

Dated: August 23, 2006

_____
EDWARD M. CHEN
United States Magistrate Judge