UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HOMEM, ET AL,<br><br>Plaintiff(s),<br><br>v.<br><br>INTEC CORPORATION, ET AL,<br><br>Defendant(s). | Case No.  05-00792 MMC (JCS)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL COMPLIANCE WITH DEPOSITION [Docket No. 173] AND DENYING PLAINTIFF'S MOTION FOR SANCTIONS [Docket No. 177]** |

On August 14, 2006, Plaintiffs filed a Motion to Compel Compliance with Deposition Notices (the "Motion to Compel")  and a Motion for Sanctions Under FRCP 37 (the "Motion for Sanctions").

On August 31, 2006, both Motions came on for a telephonic hearing.  Kenneth Absalom, counsel for Plaintiffs, appeared.  Adrienne Stover, counsel for Defendants, appeared.

For reasons stated on the record, and good cause shown,

IT IS HEREBY ORDERED that the Motion to Compel is GRANTED.  The deposition of John Smith shall be taken on September 23, 2006, and the deposition of Timothy Flynn shall be taken on September 25, 2006.  The depositions shall be taken in North Carolina.  The scope of the depositions is limited to the successorship issue.  The maximum length of each deposition shall be for one (1) day of seven (7) hours.  The Motion for Sanctions is DENIED.

IT IS SO ORDERED.

Dated: September 1, 2006

_____
JOSEPH C. SPERO
United States Magistrate Judge