IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HOMEM, et al., | No. C 06-0792 MMC |
|     Plaintiffs | **ORDER DIRECTING DEFENDANT/ THIRD-PARTY COMPLAINANT TO LODGE CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |
|     v. | |
| INTEC CORPORATION, et al., | |
|     Defendants / | |

    On August 9, 2006, defendant/third-party complainant Intec USA, LLC electronically filed a Third Party Complaint. Defendant/third-party complainant has violated General Order 45 and the Court's Standing Orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VI.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

    Defendant/third-party complainant is hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced document. Defendant/third-party complainant is hereby advised that if it fails in the future to comply with the Court's Standing Order to provide chambers copies

1  of electronically-filed documents, the Court may impose sanctions, including, but not limited
2  to, striking from the record any electronically-filed document of which a chambers copy has
3  not been timely provided to the Court.
4  **IT IS SO ORDERED.**

6  Dated: September 6, 2006

_____
MAXINE M. CHESNEY
United States District Judge