**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD HOMEM, ET AL.,                    Case No.  05-00792 MMC (JCS)

        Plaintiff(s),

    v.                                    **NOTICE OF REFERENCE AND ORDER
RE DISCOVERY PROCEDURES**

INTEC CORPORATION, ET AL.,

        Defendant(s).

_____/

ALL PARTIES AND COUNSEL OF RECORD:

      The above matter has been referred to the undersigned for all discovery matters.  All hearing dates are subject to the availability of the Court's calendar.  Please contact the Courtroom Deputy, Karen Hom, at (415) 522-2035, to confirm or, if necessary, reschedule a hearing date.  Regardless of whether the Court reschedules a hearing date, all opposition and reply papers shall be timely filed according to the originally noticed hearing date, pursuant to Civil L. R. 7-3.

LAW AND MOTION PROCEDURES

      Civil law and motion is heard on Friday mornings, at 9:30 a.m., in Courtroom A, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California.

      **In the event a discovery dispute arises**, IT IS HEREBY ORDERED that before filing any discovery motion before this Court, the parties must comply with the following:

      1.    Lead trial counsel for both parties must meet and confer ***in person*** regarding the matter(s) at issue.  This meeting shall occur after other efforts to resolve the dispute, such as telephone, e-mail, teleconference, or correspondence, have been unsuccessful. Once those efforts have proved unsuccessful, any party may demand a meeting of lead trial counsel to resolve a discovery matter.  Such a meeting shall occur within ten

**United States District Court**
For the Northern District of California

1   (10) business days of the demand.  The locations of the meetings shall alternate.  The

2   first meeting shall be at a location selected by counsel for Plaintiff(s).  If there are any

3   future disputes, the next such meeting shall be held at a location to be determined by

4   counsel for Defendant(s), etc.

5   2.   Within five (5) business days of the in-person meeting between lead trial counsel

6   referred to above, the parties shall jointly file a detailed letter with the Court, which

7   will include the matters that remain in dispute, a detailed substantive description of

8   each side's position on each such issue, and a description of each side's proposed

9   compromise on each such issue.

10   3.   After the Court has received the joint letter, the Court will determine what future

11   proceedings, if any, are necessary.

12   A party or counsel has a continuing duty to supplement the initial disclosure when required

13   under Fed. R. Civ. P. 26(e)(1).

14   Law and motion matters may be submitted without argument upon stipulation of the parties

15   and notification of the Court no later than 4:30 p.m. the day before the hearing.  Pursuant to Civil L.

16   R. 7-7(e), filed motions may be withdrawn without leave of the Court, within seven (7) days of the

17   date for service of the opposition.  Thereafter, leave of the Court must be sought.

18   All filings of documents relating to motions referred to the undersigned shall list the civil

19   case number and the district court judge's initials followed by the designation "(JCS)".

20   **ELECTRONIC FILING AND COURTESY COPIES**

21   Please refer to Civil L. R. 5-4 and General Order No. 45 for the Northern District of

22   California for information relating to electronic filing procedures and requirements.  All documents

23   shall be filed in compliance with the Civil Local Rules.  Documents not filed in compliance with

24   those rules will not be considered by the Court.

25   BEFORE NOON ON THE NEXT BUSINESS DAY FOLLOWING THE ELECTRONIC

26   FILING, THE PARTIES ARE REQUIRED TO LODGE DIRECTLY WITH CHAMBERS ONE

27   CONFORMED, **PAPER** COPY OF EACH DOCUMENT, WHICH IS TO BE DESIGNATED

28   **"JCS'S CHAMBERS' COPY."**

1        The failure of counsel or a party to abide by this Order may result in sanctions pursuant to

2   Fed. R. Civ. P. 16(f).

3        IT IS SO ORDERED.

4

5   Dated: September 29, 2006

6                                                        JOSEPH C. SPERO
                                                         United States Magistrate Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

3