IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HOMEM and WENDY HOMEM,<br><br>    Plaintiffs,<br>  v.<br><br>INTEC CORPORATION and JIM CHAMBLEE,<br><br>    Defendants                  / | No. C 05-0792 MMC<br><br>**ORDER GRANTING IN PART AND DENYING IN PART THIRD-PARTY DEFENDANT'S MOTION TO DISMISS OR FOR OTHER RELIEF; DISMISSING THIRD-PARTY COMPLAINT; GRANTING MOTION FOR LEAVE TO AMEND** |

     Before the Court is third-party defendant APV North America, Inc.'s ("APV") "Motion to Dismiss, or in the Alternative to Sever the Third Party Action, and/or Change the Trial Date and Enlarge Time for the Settlement Conference, Pretrial Conference and Discovery Cutoffs," filed October 16, 2006. Plaintiffs Richard and Wendy Homem have filed a partial opposition; defendant/third-party plaintiff Intec USA, LLC ("Intec") has filed an opposition, along with a motion for leave to file a First Amended Third-Party Complaint. Having reviewed the papers filed in support of and in response to APV's motion, the Court rules as follows:

     1. APV's motion to dismiss the third-party complaint is hereby GRANTED. The third-party complaint omits any facts to support the conclusory assertions as to liability contained therein, and, consequently, is hereby DISMISSED, for failure to comply with Rule 8(a) of the Federal Rules of Civil Procedure.

2. Intec's motion for leave to file a First Amended Third-Party Complaint is hereby GRANTED, and Intec is hereby ORDERED to file its First Amended Third-Party Complaint no later than October 25, 2006.

3. APV's alternative requests to sever the claims against it and/or modify the pretrial order are hereby DENIED as premature. In the event that Intec files a timely First Amended Third-Party Complaint, APV may, upon review of such allegations, renew such requests.

4. APV's request to continue the settlement conference, scheduled for October 31, 2006 is hereby DENIED.

**IT IS SO ORDERED.**

Dated: October 23, 2006

MAXINE M. CHESNEY
United States District Judge