United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  RICHARD HOMEM and WENDY HOMEM,          No. C 05-0792 MMC

12              Plaintiffs,                 **ORDER DENYING AS MOOT THIRD-
                                            PARTY DEFENDANT'S MOTION FOR
13       v.                                 DISMISSAL FOR FAILURE TO STATE A
                                            CLAIM OR, IN THE ALTERNATIVE,
14  INTEC CORPORATION, et al.,              MOTION FOR SUMMARY JUDGMENT,
                                            AND/OR OTHER RELIEF**
15              Defendants
                                         /
16

17       Before the Court is third-party defendant APV North America, Inc.'s ("APV") "Motion

18  for Dismissal for Failure to State a Claim or, in the Alternative, Motion for Summary

19  Judgment, and/or Other Relief," filed October 6, 2006, by which motion APV seeks

20  dismissal of, or judgment on, the original third-party complaint filed by Intec USA, LLC

21  ("Intec").

22       On October 23, 2006, the Court granted a later-filed motion to dismiss by APV,

23  specifically, the motion to dismiss filed by APV on October 16, 2006.  On October 24, 2006,

24  Intec, with leave of Court, filed its First Amended Third-Party Complaint.  "[A]n amended

25  pleading supersedes the original, the latter being treated thereafter as non-existent."

26  Bullen v. De Bretteville, 239 F. 2d 824, 833 (9th Cir. 1956), cert. denied, 353 U.S. 947

27  (1957).

28  //

1    Accordingly, the Court hereby DENIES as moot APV's motion to dismiss or,

2  alternatively, motion for summary judgment, and VACATES the hearing scheduled for

3  December 1, 2006 on said motion.

4    **IT IS SO ORDERED.**

5

6  Dated: October 25, 2006

MAXINE M. CHESNEY
United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2