UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HOMEM, *et al.*, <br><br> Plaintiffs <br><br> v. <br><br> INTEC CORPORATION, *et al.*, <br><br> Defendants. <br> _____/ | No. C-05-0792 MMC (EMC) <br><br> **ORDER DENYING REQUEST TO EXCUSE ATTENDANCE AT SETTLEMENT CONFERENCE** <br><br> **(Docket No. 220)** |

By letter dated October 20, 2006, Hartford Fire Insurance Company, through its counsel Todd A. Roberts of Ropers, Majeski, Kohn & Bentley, requested to be excused from personally appearing at the settlement conference scheduled for October 31, 2006. Defendant Intec Corporation submitted a letter dated October 24, 2006 opposing Hartford's request.

Upon consideration of the request, the Court **DENIES** the request to excuse personal attendance. Therefore, it is hereby ordered that Hartford Fire Insurance Company appear at the settlement conference in person scheduled on October 31, 2006 at 9:30 a.m. Pacific Time.

This order disposes of Docket No. 220.

IT IS SO ORDERED.

Dated: October 26, 2006

_____
EDWARD M. CHEN
United States Magistrate Judge