IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HOMEM, et al., | No. C 05-0792 MMC |
| Plaintiffs, | **ORDER DISMISSING PLAINTIFFS' CLAIMS AGAINST DEFENDANT INTEC USA, LLC** |
| v. | |
| INTEC CORPORATION, et al., | |
| Defendants / | |

Plaintiffs Richard and Wendy Homem and defendant Intec USA, LLC ("Intec"), having advised the Court that they have reached a settlement,

IT IS HEREBY ORDERED that plaintiffs' claims against Intec are dismissed without prejudice, provided, however, that if any of said parties certifies to this Court, within ninety days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated.

**IT IS SO ORDERED.**

Dated: November 8, 2006

MAXINE M. CHESNEY
United States District Judge