United States District Court

For the Northern District of California

1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

RICHARD HOMEM and WENDY HOMEM,

No. C 05-0792 MMC

12

Plaintiffs,

**ORDER DISCHARGING ORDER TO**
**SHOW CAUSE; GRANTING THIRD-**
**PARTY COMPLAINANT'S MOTION FOR**
**LEAVE TO FILE SECOND AMENDED**
**THIRD-PARTY COMPLAINT; DENYING**
**AS MOOT THIRD-PARTY**
**COMPLAINANT'S APPLICATION FOR**
**ORDER SHORTENING TIME**

13

v.

14

INTEC CORPORATION and JIM
CHAMBLEE,

15

Defendants

16

17

INTEC USA, LLC,

18

Third-Party Complainant

v.

19

APV NORTH AMERICA, INC.,

20

Third-Party Defendant

21

/

22

　　　　Before the Court is third-party complainant Intec USA, LLC's ("Intec") response, filed

23

November 10, 2006, to the Court's order directing Intec to show cause why its First

24

Amended Third-Party Complaint ("FATC") should not be dismissed for lack of subject

25

matter jurisdiction.  Also before the Court is Intec's Motion for Leave to File Second

26

Amended Third-Party Complaint and Intec's Application for Order Shortening Time for

27

Hearing on Motion for Leave to File Second Amended Third-Party Complaint, both filed

28

November 10, 2006.

1    Having reviewed Intec's response, the Court hereby DISCHARGES the order to

2    show cause, in light of Intec's having demonstrated its ability to allege and establish

3    diversity of citizenship, and hereby GRANTS Intec's motion for leave to amend.[1]  Because

4    the Second Amended Third-Party Complaint ("SATC") proposed in conjunction with Intec's

5    motion for leave to amend, however, includes Intec's First and Third Causes of Action,

6    which claims by separate order filed concurrently herewith have been dismissed, Intec may

7    not file its proposed SATC.  Instead, Intec shall file a SATC in accordance with the Court's

8    orders no later than December 4, 2006.

9         **IT IS SO ORDERED.**

10

11    Dated: November 22, 2006

12                                    MAXINE M. CHESNEY
                                      United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27    _____

28         [1]Because a hearing on the motion for leave to amend is not necessary, the Court
      DENIES as moot Intec's application for an order shortening time to hear the motion.

                                      2