1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HOMEM AND WENDY LYNN HOMEM,<br><br>Plaintiff(s),<br><br>v.<br><br>INTEC CORPORATION, JIM CHAMBLEE, and DOES 1-50, inclusive,<br><br>Defendants.<br><br>AND RELATED THIRD-PARTY ACTION(S). | CASE No. C050792<br>*Assigned for Case Management and Trial purposes to the Hon. Maxine M. Chesney, Courtroom 7*<br><br>[PROPOSED] ORDER REGARDING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>Date:        January 19, 2007<br>Time:        10:30 a.m.<br>Courtroom:   "7"<br><br>Date Filed:  02/23/05; 08/09/06 (Third-Party Action)<br>Trial Date:  Unassigned |

UPON STIPULATION OF THE PARTIES, AND GOOD CAUSE HAVING BEEN SHOWN THEREFOR:

IT IS ORDERED as follows:

/ / /

/ / /

/ / /

1. That the Case Management Conference, presently set to take place on January 19, 2007 at 10:30 a.m., is CONTINUED to **February 2, 2007 at 10:30 a.m.** in Department 7 of the above-entitled Court. a joint case management statement shall be filed no later than January 26, 2007.

~~OR, IN THE ALTERNATIVE:~~

~~2. That the Case Management Conference, presently set to take place on January 19, 2007 at 10:30 a.m., is CONTINUED to _____, 2007 at 10:30 a.m. in Department 7 of the above-entitled Court.~~

~~OR, IN THE ALTERNATIVE:~~

_____
_____
_____

DATED: January 12, 2007

_____
UNITED STATES DISTRICT COURT JUDGE