1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| RICHARD HOMEM AND WENDY LYNN HOMEM,<br><br>         Plaintiff(s),<br><br>     v.<br><br>INTEC CORPORATION, JIM CHAMBLEE, and DOES 1-50, inclusive,<br><br>         Defendants. | CASE No. C050792<br>*Assigned for Case Management and Trial purposes to the Hon. Maxine M. Chesney, Courtroom 7*<br><br>~~[PROPOSED]~~ **ORDER REGARDING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date:        February 2, 2007<br>Time:        10:30 a.m.<br>Courtroom:   "7" |
| AND RELATED THIRD-PARTY ACTION(S). | Date Filed:  02/23/05; 08/09/06 (Third-Party Action)<br>Trial Date:  Unassigned |

UPON STIPULATION OF THE PARTIES, AND GOOD CAUSE HAVING BEEN SHOWN THEREFOR:

IT IS ORDERED as follows:

/ / /

/ / /

/ / /

1.     That the Case Management Conference, presently set to take place on February 2, 2007 at 10:30 a.m., is CONTINUED to **February 23, 2007 at 10:30 a.m.** in Department 7 of the above-entitled Court. No further Joint Case Management Statement need be filed, unless circumstances have changed from those set forth in the parties' Joint Case Management Statement filed January 23, 2007.

~~OR, IN THE ALTERNATIVE:~~

~~2. That the Case Management Conference, presently set to take place on February 2, 2007 at 10:30 a.m., is CONTINUED to _____, 2007 at 10:30 a.m. in Department 7 of the above-entitled Court.~~

~~OR, IN THE ALTERNATIVE:~~

_____

_____

_____

DATED: _January 31, 2007_            _/s/ Maxine M. Chesney_
                                                     UNITED STATES DISTRICT COURT JUDGE