UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HOMEM AND WENDY LYNN HOMEM,<br><br>　　　　Plaintiff(s),<br><br>vs.<br><br>INTEC USA, LLC,<br><br>　　　　Defendants,<br>_____<br><br>INTEC USA, LLC,<br><br>　　　　Third-Party Complainant,<br><br>vs.<br><br>APV NORTH AMERICA, INC. f/k/a APV CREPACO, INC., and ROES 1-20, inclusive,<br><br>　　　　Third-Party Defendant(s). | Case No. C 05-0792 MMC<br><br>**ORDER GRANTING THIRD-PARTY DEFENDANT'S, APV'S, REQUEST TO EXCUSE LEAD TRIAL COUNSEL FROM APPEARING AT THE CASE MANAGEMENT CONFERENCE**<br><br><br>Third-Party Complaint Filed:　08/09/06<br><br>Second Amended<br>　Third-Party Complaint Filed: 12/04/06<br><br>Trial Date:　　　　　　　Unassigned |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Third-Party Defendant's, APV NORTH AMERICA, INC., formerly known as APV CREPACO, INC. (APV), request that the Court excuse APV's lead trial counsel, William O. Martin, Jr., from personally appearing at the upcoming February 23, 2007 Case Management Conference in this matter is GRANTED. Accordingly, Mr. Martin is excused from personally appearing at said conference.

LAW OFFICES
HAIGHT, BROWN & BONESTEEL, L.L.P.
Los Angeles

AP10-0000086
3209900.2

1

Case No.  C 05-0792 MMC
[PROPOSED] ORDER TO EXCUSE APV'S
LEAD COUNSEL FROM CMC

1      IT IS FURTHERED ORDERED that Gregory J. Thoming, co-trial counsel for APV, shall
2  appear on behalf of APV at said Case Management Conference.

4  Dated: February 21, 2007

                                                            Hon. Maxine M. Chesney
                                                             United States District Court Judge

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

AP10-0000086
3209900.2

2

Case No. C 05-0792 MMC
[PROPOSED] ORDER TO EXCUSE APV'S
LEAD COUNSEL FROM CMC