1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9             NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  RICHARD HOMEM AND WENDY <br> LYNN HOMEM, <br> 12 <br> 13           Plaintiff(s), <br> 14 <br>             v. <br> 15 <br> 16  INTEC CORPORATION, JIM <br>     CHAMBLEE, and DOES 1-50, inclusive, <br> 17 <br> 18           Defendants. <br> 19 <br> 20  AND RELATED THIRD-PARTY <br>     ACTION(S). <br> 21 <br> 22 | CASE No. C050792 <br> *Assigned for Case Management and Trial purposes to the Hon. Maxine M. Chesney, Courtroom 7* <br><br> [PROPOSED] **ORDER REGARDING STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE** <br><br> Date:      April 20, 2007 <br> Time:      10:30 a.m. <br> Courtroom: "7" <br><br><br> Date Filed:  08/09/06 (Third-Party Action) <br> Trial Date:  Unassigned |

23
24        UPON STIPULATION OF THE PARTIES, AND GOOD CAUSE HAVING BEEN SHOWN THEREFOR:
25
          IT IS ORDERED as follows:
26
/ / /
27
/ / /
28

1 |     1.    That the Further Case Management Conference, presently set to take place on April 20, 2007 at 10:30 a.m., is CONTINUED to **May 18, 2007 at 10:30 a.m.** in Department 7 of the above-entitled Court; and

    2.    That the deadline for filing the Joint Case Management Conference, currently April 13, 2007, is extended to **May 11, 2007**.

~~OR, IN THE ALTERNATIVE:~~

~~3.    That the Case Management Conference, presently set to take place on April 20, 2007 at 10:30 a.m., is CONTINUED to _____, 2007 at 10:30 a.m. in Department 7 of the above-entitled Court; and~~

~~4.    That the deadline for filing the Joint Case Management Conference, currently April 13, 2007, is extended to _____, 2007.~~

~~OR, IN THE ALTERNATIVE:~~

_____
_____
_____

DATED: April 13, 2007

_____
UNITED STATES DISTRICT COURT JUDGE