1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD HOMEM AND WENDY LYNN HOMEM,** <br><br>         Plaintiff(s), <br><br> v. <br><br> **INTEC CORPORATION, JIM CHAMBLEE, and DOES 1-50, inclusive,** <br><br>         Defendants. | CASE No. C050792 <br> *Assigned for Case Management and Trial purposes to the Hon. Maxine M. Chesney, Courtroom 7* <br><br> **[PROPOSED] ORDER REGARDING STIPULATION AND REQUEST TO FURTHER CASE MANAGEMENT CONFERENCE** <br><br> Date:          May 18, 2007 <br> Time:         10:30 a.m. <br> Courtroom:  "7" |
| **AND RELATED THIRD-PARTY ACTION(S).** | Date Filed:  08/09/06 (Third-Party Action) <br> Trial Date:  Unassigned |

   UPON STIPULATION OF THE PARTIES, AND GOOD CAUSE HAVING BEEN SHOWN THEREFOR:

   IT IS ORDERED as follows:

/ / /

/ / /

1.    That the Case Management Conference, presently set to take place on May ~~11~~ 18, 2007 at 10:30 a.m., is CONTINUED to __June 29, 2007__ **at 10:30 a.m.** in Department 7 of the above-entitled Court.

~~OR, IN THE ALTERNATIVE~~:

_____

_____

_____

DATED: May 14, 2007              _____
                                            UNITED STATES DISTRICT COURT JUDGE