1  David A. Clinton, Esq. (Bar No. 150107)
   **CLINTON & CLINTON**
2  100 Oceangate, 14th Floor
   Long Beach, California 90802
3  Ph. : (562) 216-5000
   Fax: (562) 216-5001
4
   Attorneys for Third-Party Complainant,
5  INTEC USA, LLC

6
   William O. Martin, Jr. (Bar No. 135399)
7  Gregory J. Thoming (Bar No. 187109)
   Paula A. Klemens (Bar No. 242198)
8  HAIGHT BROWN & BONESTEEL LLP
   6080 Center Drive, Suite 800
9  Los Angeles, CA 90045-1574
   Telephone: 310.215.7100
10 Facsimile: 310.215.7300

11 Attorneys for Third-Party Defendant
   APV NORTH AMERICA, INC. f/k/a APV
12 CREPACO, INC.

13
                    UNITED STATES DISTRICT COURT
14
                    NORTHERN DISTRICT OF CALIFORNIA
15

16 RICHARD HOMEM AND WENDY LYNN    )  CASE No. C050792
   HOMEM,                          )  *Assigned for Case Management and Trial*
17                                 )  *purposes to the Hon. Maxine M. Chesney,*
                  Plaintiff(s),    )  *Courtroom 7*
18                                 )
           vs.                     )  [PROPOSED] **ORDER REGARDING**
19                                 )  **STIPULATION TO CONTINUE**
   INTEC CORPORATION, JIM CHAMBLEE,)  **FURTHER CASE MANAGEMENT**
20 and DOES 1-50, inclusive,       )  **CONFERENCE**
                                   )
21               Defendants.       )  Date:  **June 29, 2007**
                                   )  Time:  **10:30 a.m.**
22 _____)  Crtrm: **"7"**
                                   )
23 AND ALL RELATED THIRD-PARTY     )
   ACTIONS.                        )  Date Filed: 08/09/06 (Third-Party Action)
24                                 )  Trial Date: Unassigned
   _____)
25

26
           UPON STIPULATION OF THE PARTIES, AND GOOD CAUSE HAVING BEEN
27
   SHOWNTHEREFOR:
28

                                                              [PROPOSED] ORDER

1  IT IS ORDERED as follows:

2  1. That the Further Case Management Conference, presently set to take place on
3  June 29, 2007 at 10:30 a.m., is CONTINUED to __August 3, 2007__ in Department 7 of the
4  above-entitled Court; ~~and~~

5  ~~OR, IN THE ALTERNATIVE:~~

6  _____

7  _____

8  _____

9  _____

10

11  DATED: __June 26, 2007__

12  _____
    UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER